[No. 28142-2-II.   Division Two.   June 24, 2003.]

PIERCE COUNTY, *Respondent*, v. RICHARD E. SORRELS,
*Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 97-2-07841-1, Terry D. Sebring, J., entered
October 31, 2001. *Affirmed* by unpublished opinion per
Bridgewater, J., concurred in by Morgan and Houghton, JJ.

[No. 28375-1-II.   Division Two.   June 24, 2003.]

GARY DAVENPORT, ET AL., *Respondents*, v. WASHINGTON STATE
EDUCATION ASSOCIATION, *Appellant*.

Appeal from a judgment of the Superior Court for
Thurston County, No. 01-2-00519-4, Gary Tabor, J., entered
January 18, 2002. *Reversed* by unpublished opinion per
Bridgewater, J., concurred in by Morgan, J.; Hunt, C.J.,
concurring separately.

[No. 28753-6-II.   Division Two.   June 24, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. GUSTAVO AGUILAR
CASTRO, *Appellant*.

Appeal from a judgment of the Superior Court for Mason
County, No. 01-1-00464-6, James B. Sawyer II, J., entered
April 12, 2002. *Affirmed* by unpublished opinion per Hunt,
C.J., concurred in by Seinfeld and Houghton, JJ.

[No. 28907-5-II.   Division Two.   June 24, 2003.]

*In the Matter of the Estate of* FRANK S. ELLIOTT.
ESTATE OF FRANK S. ELLIOTT, *Respondent*, v. FRANKE TOBEY
JONES HOME, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 98-4-00786-1, Frederick W. Fleming, J., en-
tered May 30, 2002. *Reversed* by unpublished opinion per
Seinfeld, J., concurred in by Hunt, C.J., and Houghton, J.